**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6582**

---

CHARLES R. MAJOR,

                                              Plaintiff - Appellant,

    versus

SCDC; PERNELL CROMER, Counselor; DAVID CRISP,
Supervisor; EDDIE BRIGHT; RICHARD SMITH,
Warden; BARNEY LLOYD; OFFICER WACKEL; DONALD
DEASE, Administrator; TOM SMITH, Detective,
Warden; MR. WRIGHT; MR. PRICE; MR. HESTER,
Unit Manager; MR. ROGERS; LIEUTENANT GOMEORA;
FOUR UNNAMED TURBEVILLE OFFICERS; DORIS
EDWARDS, Counselor; SUPERVISOR HARRIS; PERRY
OFFICIAL VISSOR; RICHARD ECKSTROM, South Caro-
lina Treasurer; TURBEVILLE MEDICAL DEPARTMENT,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville. William B. Traxler, Jr., District
Judge. (CA-97-752-6-21AK)

---

Submitted: July 22, 1998        Decided: August 10, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Charles R. Major, Appellant Pro Se.  James D. Brice, GIBBES, GALLIVAN, WHITE & BOYD, P.A., Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles R. Major appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Major v. SCDC, No. CA-97-752-6-21AK (D.S.C. Mar. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED